# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1218
_____

Hans Moke Niemann

Plaintiff - Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen; Play Magnus AS, doing business as Play Magnus Group; Chess.com, LLC; Daniel Rensch, also known as Danny Rensch; Hikaru Nakamura

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01110-AGF)

_____

## JUDGMENT

Before LOKEN, STRAS, and KOBES, Circuit Judges.

The motion of appellee for dismissal of this appeal for lack of jurisdiction is granted. The appeal is hereby dismissed.

The motion for damages and costs under Federal Rule of Appellate Procedure 38 is denied.

March 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans